UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Ernesto Blancarte Duran,<br><br>    Defendant. | No. 08-MJ-03033<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) on motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (✓) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1.   (✓) serious risk defendant will flee;
2.   ( ) serious risk defendant will
   - a. ( ) obstruct or attempt to obstruct justice
   - b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

- A.  (✓) appearance of defendant as required; and/or
- B.  ( ) safety of any person or the community

## III.

The Court has considered:

- A.  (X) the nature and circumstances of the offense;
- B.  (X) the weight of evidence against defendant;
- C.  (X) the history and characteristics of the defendant;
- D.  (X) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history including convictions involving narcotics and convictions involving dangerous weapons.

1  B. (✓) History and characteristics indicate a serious risk
2  that defendant will flee because:
3  Defendant's illegal reentry; his status in the
4  United States including prior detention and
5  lack of bail resources.
6
7
8
9
10  C. ( ) A serious risk exists that defendant will:
11     1. ( ) obstruct or attempt to obstruct justice;
12     2. ( ) threaten, injure or intimidate a witness/juror
13  because:
14
15
16
17
18
19
20  D. ( ) Defendant has not rebutted by sufficient evidence to
21     the contrary the presumption provided in 18 U.S.C. §
22     3142(e).
23
24  **IT IS ORDERED** that defendant be detained prior to trial.
25  **IT IS FURTHER ORDERED** that defendant be confined as far as
26  practicable in a corrections facility separate from persons
27  awaiting or serving sentences or persons held pending appeal.
28

**IT IS FURTHER ORDERED** that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 12-16-08

_____
U.S. Magistrate Judge Jennifer T. Lum